**STATE of Missouri, Respondent,**

v.

**Wayne FRANKS, Appellant.**

**No. WD 45459.**

Missouri Court of Appeals,
Western District.

July 6, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 31, 1993.

Application to Transfer Denied
*Oct. 26, 1993.*

Lawrence R. Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Direct appeal from a conviction by jury of three counts of involuntary manslaughter, in violation of § 565.024.1, RSMo 1986, and from three consecutive sentences of seven years and three fines of $5000 each. Judgment affirmed. Rule 30.25(b).